UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NO.: 3:23-cv-745

JACKIE SHUMAKER,

    Plaintiff,

v.

ZANE CONSTRUCTION, LLC,

    Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff JACKIE SHUMAKER by and through her undersigned counsel, brings this Complaint against Defendant ZANE CONSTRUCTION, LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff JACKIE SHUMAKER ("Shumaker") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Shumaker's original copyrighted Work of authorship.

2. Jackie Shumaker, an individual domiciled in Denver, Colorado, owns a visual media content creation studio doing business under the name JSP, Corporation d/b/a Jackie Shumaker Photography. Specializing in construction and architectural photography. Shumaker works with many of the largest US companies within the commercial construction market.

3. Defendant ZANE CONSTRUCTION, LLC ("Zane") is a construction company based in Killingworth, Connecticut with over 50 years of experience. Zane offers a variety of construction services and specializes in general civil site work, solar site work, and local/state

paving and concrete operations. At all times relevant herein, Zane owned and operated the internet website located at the URL https://www.zaneconstructiongroup.com (the "Website").

4. Shumaker alleges that Zane copied Shumaker's copyrighted Work from the internet in order to advertise, market and promote its business activities. Zane committed the violations alleged in connection with Zane's business for purposes of advertising and promoting sales to the public in the course and scope of the Zane's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Connecticut.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. Zane Construction, LLC is a Limited Liability Company, with its principal place of business at 17 Pond Meadow Road, Killingworth, CT 06419, and can be served by serving its Registered Agent, David Sylvestre, at 921 Thrall Avenue, Suffield, CT 06780.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2018, Shumaker created the photograph entitled "20180504_sb_v_509", which is shown below and referred to herein as the "Work".



11. At the time Shumaker created the Work, Shumaker applied copyright management information to the files metadata.

12. Shumaker registered the Work with the Register of Copyrights on August 27, 2018 and was assigned the registration number VAu-1-347-978. The Certificate of Registration is attached hereto as Exhibit 1.

13. Shumaker's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

14. At all relevant times Shumaker was the owner of the copyrighted Work at issue in this case.

## **INFRINGEMENT BY DEFENDANT**

15. Zane has never been licensed to use the Work at issue in this action for any purpose.

16. On a date after the Work at issue in this action was created, but prior to the filing of this action, Zane copied the Work.

17. On or about August 29, 2022, Shumaker discovered the unauthorized use of her Work on the Website.

18. Shumaker discovered a zoomed in version of the Work, at the top of the "contact us" page of the Website. Zane committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

19. Zane copied Shumaker's copyrighted Work without Shumaker's permission.

20. After Zane copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its regular business activities.

21. Zane copied and distributed Shumaker's copyrighted Work in connection with Zane's business for purposes of advertising and promoting Zane's business, and in the course and scope of advertising and selling products and services.

22. Shumaker's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

23. Shumaker never gave Zane permission or authority to copy, distribute or display the Work at issue in this case.

24. Shumaker notified Zane of the allegations set forth herein on August 30, 2022 and September 15, 2022. To date, the parties have failed to resolve this matter.

25. When Zane copied and displayed the Work at issue in this case, Zane removed Shumaker's copyright management information from the Work.

26. Shumaker never gave Zane permission or authority to remove copyright management information from the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

27. Shumaker incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28. Shumaker owns a valid copyright in the Work at issue in this case.

29. Shumaker registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

30. Zane copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Shumaker's authorization in violation of 17 U.S.C. § 501.

31. Zane performed the acts alleged in the course and scope of its business activities.

32. Zane's acts were willful.

33. Shumaker has been damaged.

34. The harm caused to Shumaker has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

35. Shumaker incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

36. The Work at issue in this case contains copyright management information ("CMI").

37. Zane knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

38. Zane committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Shumaker's rights in the Work at issue in this action protected under the Copyright Act.

39. Zane caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Shumaker's rights in the Work at issue in this action protected under the Copyright Act.

40. Shumaker has been damaged.

41. The harm caused to Shumaker has been irreparable.

WHEREFORE, the Plaintiff Jackie Shumaker prays for judgment against the Defendant Zane Construction, LLC that:

    a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

    b. Defendant be required to pay Plaintiff her actual damages and Zane's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

    c. Plaintiff be awarded her attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Plaintiff be awarded pre- and post-judgment interest; and

    e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: June 8, 2023              Respectfully submitted,

*/s/Joseph A. Dunne*
JOSEPH A. DUNNE
CT Bar Number. 429947
joseph.dunne@sriplaw.com

**SRIPLAW, P.A.**
175 Pearl Street
Third Floor
Brooklyn, NY 11201
929.200.2474 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Jackie Shumaker*